Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Pinnacle Healthcare System, Inc.** | |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **83-1343852** | |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**12880 Metcalf Avenue**<br>**Overland Park, KS 66213**<br>Number, Street, City, State & ZIP Code<br><br>**Johnson**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **http://pinnacle regional.com** | |
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **Pinnacle Healthcare System, Inc.**  Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*
- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**6799**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply*:
    - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - [ ] A plan is being filed with this petition.
    - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- [x] No.
- [ ] Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [ ] No
- [x] Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | Affiliates |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  **Pinnacle Healthcare System, Inc.**    Case number (*if known*) _____
         Name

11. **Why is the case filed in *this district*?**  *Check all that apply:*

   ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☑ No
   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply*.)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes.   Insurance agency _____
            Contact name _____
            Phone _____

   **Statistical and administrative information**

13. **Debtor's estimation of available funds**  .  *Check one:*

   ☑ Funds will be available for distribution to unsecured creditors.
   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

   ☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
   ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
   ☐ 100-199           ☐ 10,001-25,000       ☐ More than100,000
   ☑ 200-999

15. **Estimated Assets**

   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
   ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
   ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
   ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

16. **Estimated liabilities**

   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
   ☐ $50,001 - $100,000        ☑ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
   ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
   ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

| Debtor | Pinnacle Healthcare System, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 12, 2020**
MM / DD / YYYY

**X /s/ Douglas Palzer**      **Douglas Palzer**
Signature of authorized representative of debtor      Printed name

Title **Director**

**18. Signature of attorney**

**X /s/ Jonathan A. Margolies**      Date **February 12, 2020**
Signature of attorney for debtor      MM / DD / YYYY

**Jonathan A. Margolies**
Printed name

**McDowell, Rice, Smith & Buchanan, PC**
Firm name

**605 W. 47th Street, Suite 350**
**Kansas City, MO 64112**
Number, Street, City, State & ZIP Code

Contact phone **(816) 753-5400**      Email address **jmargolies@mcdowellrice.com**

**KS Fed #70693 KS**
Bar number and State

| Debtor | Pinnacle Healthcare System, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Blue Valley Surgical Associates, LLC** | | | Relationship to you | **Affiliate** |
| District | **Kansas** | When | **2/12/20** | Case number, if known | **20-20222** |
| Debtor | **Joy's Majestic Paradise, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Kansas** | When | **2/12/20** | Case number, if known | |
| Debtor | **Pinnacle Regional Hospital, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Kansas** | When | **2/12/20** | Case number, if known | **20-20219** |
| Debtor | **Pinnacle Regional Hospital, LLC** | | | Relationship to you | **Affiliate** |
| District | **Kansas** | When | **2/12/20** | Case number, if known | **20-20221** |
| Debtor | **Rojana Realty Investment, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Kansas** | When | **2/12/20** | Case number, if known | |